ROBERT S. AARON (SBN 138903)
TIMOTHY C. WILSON (SBN 173928)
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone:  (415) 438-7800
Facsimile:   (415) 438-7808
rsaaron@aaron-wilson.com

**Attorneys for Defendants**
CHINA BOWL, INC. erroneously sued herein as "CHINA BOWL (Owner QUAN HE HAN)" and QUAN HE HAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHU SEN LU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHINA BOWL (Owner, QUAN HE HAN),<br><br>　　　　Defendants. | Case No. C 07 4951 EDL<br><br>**DEFENDANTS CHINA BOWL, INC. AND QUAN HE HAN'S NOTICE OF MOTION AND MOTION TO DISMISS**<br>(Fed. R. Civ. P. 12(b)(2)(3) and (6).)<br><br>Date:　January 30, 2008<br>Time:　2:00 p.m.<br>Ctrm:　E<br>The Honorable Elizabeth D. Laporte<br><br>Complaint Filed:　September 25, 2007 |

**NOTICE IS HEREBY GIVEN** that on January 30, 2008, at 2:00 p.m., or as soon thereafter as the matter can be heard in Courtroom E, 15th floor, of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendants CHINA BOWL, INC. and QUAN HE HAN will and hereby do move the Court for an order granting their Motion to Dismiss.

The motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(2) on the grounds that the court lacks personal jurisdiction, Rule 12(b)(3) on the grounds that venue is improper under Title VII, and Rule 12(b)(6) on the grounds that the Age

1  Discrimination in Employment Act of 1967 ("ADEA") does not apply to an employer with
2  less than 20 employees.on the grounds that
3      The motion is based on this Notice of Motion and Motion to Dismiss, and the
4  accompanying Memorandum Of Points And Authorities, the Declarations of Quan He
5  Han and Robert S. Aaron, and the Request For Judicial Notice all filed in support of the
6  Motion to Dismiss, the Court's entire file and on any other evidence or argument
7  properly presented to the Court prior to or at the time of hearing.
8  Dated: December 6, 2007            Respectfully submitted,

AARON & WILSON, LLP

By _____
ROBERT S. AARON
**Attorneys for Defendants**
CHINA BOWL, INC. erroneously sued herein as "CHINA BOWL (Owner QUAN HE HAN)" and QUAN HE HAN

### AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, Ryan J. Sullivan, declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am self-employed in the City and County of San Francisco; my business address is 150 Post Street, Suite 400, San Francisco, California, 94108.

On December 6, 2007, I served the attached and/or enclosed:

**DEFENDANT CHINA BOWL, INC. AND QUAN HE HAN'S NOTICE OF MOTION AND MOTION TO DISMISS**

on all parties in this action, at the following address(es):

Shusen Lu
180 Peabody Street
San Francisco, CA 94134
Plaintiff In Pro Per

Service was accomplished by causing either an original or a true copy of the above-referenced document(s) to be distributed as follows:

☒ BY MAIL: I caused such document(s) to be placed in a sealed envelope, addressed as indicated above, with prepaid first-class postage thereon, and then placed the envelope(s) for collection and mailing, in accordance with the firm's ordinary business practice. I am readily familiar with the firm's ordinary business practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice correspondence for mailing is deposited with United States Postal Service on the date indicated for service, with prepaid first-class postage thereon.

☐ BY HAND DELIVERY: I caused such documents to be hand delivered to the addresses indicated above.

☐ VIA FACSIMILE: I caused such documents to be transmitted via facsimile to the parties indicated above, at their respective facsimile numbers.

☐ VIA EXPRESS CARRIER: I caused such documents to be collected by an agent for the United States Postal Service, United Parcel Service, Federal Express or other overnight carrier, to be delivered by way of overnight mail to the addresses indicated above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on December 6, 2007, at San Francisco, California.

_____
Ryan J. Sullivan

POS01

1