ROBERT S. AARON (SBN 138903)
TIMOTHY C. WILSON (SBN 173928)
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone:  (415) 438-7800
Facsimile:   (415) 438-7808
rsaaron@aaron-wilson.com

**Attorneys for Defendants**
CHINA BOWL, INC. erroneously sued
herein as "CHINA BOWL (Owner QUAN
HE HAN)" and QUAN HE HAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHU SEN LU, <br><br> Plaintiff, <br><br> v. <br><br> CHINA BOWL (Owner, QUAN HE HAN), <br><br> Defendants. | Case No. C 07 4951 EDL <br><br> **DEFENDANTS CHINA BOWL, INC. AND QUAN HE HAN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** <br> (Fed. R. Civ. P. 12(b)(2)(3) and (6).) <br><br> Date: January 30, 2008 <br> Time: 2:00 p.m. <br> Ctrm: E <br> The Honorable Elizabeth D. Laporte <br><br> Complaint Filed:    September 25, 2007 |

Pursuant to Federal Rules of Evidence, Rule 201(d), Defendants CHINA BOWL, INC. and QUAN HE HAN hereby request that the Court take judicial notice of the Employment Discrimination Complaint filed in the above-entitled court on September 25, 2007. A true and correct file-endorsed copy of the Employment Discrimination Complaint is attached hereto as Exhibit "A" and by this reference, fully incorporated herein.

///

///

Case 3:07-cv-04951-EDL    Document 11    Filed 12/06/2007    Page 2 of 8

| | |
|---|---|
| Dated: December 6, 2007 | Respectfully submitted, |
| | AARON & WILSON, LLP |
| | By _____ |
| | ROBERT S. AARON |
| | **Attorneys for Defendants** |
| | CHINA BOWL, INC. erroneously sued herein as "CHINA BOWL (Owner QUAN HE HAN)" and QUAN HE HAN |

Motion to Dismiss - Request for Judicial Notice

2
Request for Judicial Notice in Support of Motion to Dismiss – C 07 4951 EDL

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Shu Sen Lu  Plaintiff,

vs.

China Bowl
(Owner: Quan He Han) Defendant(s).

CASE NO. C 07 4951 EDL

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:

   Address 180 Peabody St

   City, State & Zip Code San Francisco, CA, 94134

   Phone (406) 546-9335

2. Defendant is located at:

   Address 3445 American Way

   City, State & Zip Code Missoula, MT. 59808

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. N/A Failure to employ me.

   b. X Termination of my employment.

Form-Intake 2 (Rev. 4/05)                - 1 -

1    c. _N/A_ Failure to promote me.

2    d. _x_ Other acts as specified below.

3    Retaliation, Age. The same as 6.

4

5

6

7

8

9   5.   Defendant's conduct is discriminatory with respect to the following:

10       a. _N/A_ My race or color.

11       b. _N/A_ My religion.

12       c. _N/A_ My sex.

13       d. _N/A_ My national origin.

14       e. _x_ Other as specified below.

15       Retaliation, Age

16   6.   The basic facts surrounding my claim of discrimination are:

17   I began working for Respondent in October 2001. my last job title was Fry cook. From 2002 on until my termination. The relative of owner constantly harasses and threatens me. I was beaten up several times and

18   subjected to disparate terms and conditions. Respondent's owner (Quan He Han) and management (Quan He Han

19   wife the Ning Xi jiang) knew about my abuse but took no actions to help me. And together bully me. At least one

20   younger brother (Quan Wei Han) should kill me with the pistol. (Quan Wei Han wife the Man Li Kang) also regularly

     made ageist remarks to me. abuse me "a piece of shit old bastard" and other names. (Ning Xi jiang classmate the

21   Ha Li) three times hit me. I contacted the police and Montana commission on Human Right to help me in 2005 and

     2006. (owner Quan He Han) purposely make up the perjury cheat the government. The defendant retaliated me

22   and was terminated on 09/30/2006.

23   China bowl violates law, trample on the human right, My spirit, body, reputation, an personality receive

     the serious injury suffer from the illness difficult to cure.

24   I believe I have been discriminated against because of my age 57, in violation of the Age Discrimination

     Act of 1967 as amended. I also believe I was retaliated against of participating in protected activity.

25   7.   The alleged discrimination occurred on or about July 2002 – September, 2006

26                                            (DATE)

27   8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the

28   California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)           - 2 -

1  discriminatory conduct on or about April 23, 2007                    .
2                                                  (DATE)
3  9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about July 17, 2007              .
5                                                  (DATE)
6  10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7        Yes _X_    No ____
8  11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.

DATED: 09/16/2007            Shusen Lu
                             SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION       (SHUSEN LU
IS NOT REQUIRED.)                PLAINTIFF'S NAME
                                 (Printed or Typed)

Form-Intake 2 (Rev. 4/05)            - 3 -

EEOC Form 161-B (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: Shusen Lu<br>858 42nd Ave.<br>San Francisco, CA 94121 | From: San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2007-01588 | Blake C. Wu,<br>Investigator | (415) 625-5602 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)   *[signature]* H. Joan Ehrlich,   7/17/07
District Director   (Date Mailed)

cc: Director/Manager of Human Resources
CHINA BOWL
3445 American Way
Missoula, MT 59808

# AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, Ryan J. Sullivan, declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am self-employed in the City and County of San Francisco; my business address is 150 Post Street, Suite 400, San Francisco, California, 94108.

On December 6, 2007, I served the attached and/or enclosed:

**DEFENDANT CHINA BOWL, INC. AND QUAN HE HAN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

on all parties in this action, at the following address(es):

Shusen Lu
180 Peabody Street
San Francisco, CA  94134
Plaintiff In Pro Per

Service was accomplished by causing either an original or a true copy of the above-referenced document(s) to be distributed as follows:

☒ BY MAIL: I caused such document(s) to be placed in a sealed envelope, addressed as indicated above, with prepaid first-class postage thereon, and then placed the envelope(s) for collection and mailing, in accordance with the firm's ordinary business practice. I am readily familiar with the firm's ordinary business practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice correspondence for mailing is deposited with United States Postal Service on the date indicated for service, with prepaid first-class postage thereon.

☐ BY HAND DELIVERY: I caused such documents to be hand delivered to the addresses indicated above.

☐ VIA FACSIMILE: I caused such documents to be transmitted via facsimile to the parties indicated above, at their respective facsimile numbers.

☐ VIA EXPRESS CARRIER: I caused such documents to be collected by an agent for the United States Postal Service, United Parcel Service, Federal Express or other overnight carrier, to be delivered by way of overnight mail to the addresses indicated above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on December 6, 2007, at San Francisco, California.

_____
Ryan J. Sullivan

POS05

1

Proof of Service – C 07 4951 EDL