```
1  ROBERT S. AARON (SBN 138903)
   TIMOTHY C. WILSON (SBN 173928)
2  AARON & WILSON, LLP
   150 Post Street, Suite 400
3  San Francisco, California 94108
   Telephone:  (415) 438-7800
4  Facsimile:  (415) 438-7808
   rsaaron@aaron-wilson.com
5
6  Attorneys for Defendants
   CHINA BOWL, INC. erroneously sued
7  herein as "CHINA BOWL (Owner QUAN
   HE HAN)" and QUAN HE HAN
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHU SEN LU,<br><br>  Plaintiff,<br><br>v.<br><br>CHINA BOWL (Owner, QUAN HE HAN),<br><br>  Defendants. | Case No. C 07 4951 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CHINA BOWL, INC. AND QUAN HE HAN'S MOTION TO DISMISS** (Fed. R. Civ. P. 12(b)(2)(3) and (6).)<br><br>Date:  January 30, 2008<br>Time:  2:00 p.m.<br>Ctrm:  E<br>The Honorable Elizabeth D. Laporte<br><br>Complaint Filed:  September 25, 2007 |

Defendants CHINA BOWL, INC. and QUAN HE HAN'S Motion to Dismiss came on regularly for hearing in Courtroom E, 15th floor, of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California, 94102, the Honorable Elizabeth D. Laporte, Magistrate Judge presiding, at 2:00 p.m. on January 30, 2008. Robert S. Aaron appeared on behalf of Defendants CHINA BOWL, INC. and QUAN HE HAN, and SHU SEN LU appeared in propria persona. Having considered the documents filed in support of and opposition to the motion, having considered the arguments of counsel and plaintiff, and good cause appearing therefore,

Motion to Dismiss - Order

1

1 | IT IS HEREBY ORDERED that the Motion to Dismiss is granted.

2

3 | Dated: _____

4

5 |                                         ELIZABETH D. LAPORTE
                                        United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Dismiss - Order

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, Ryan J. Sullivan, declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am self-employed in the City and County of San Francisco; my business address is 150 Post Street, Suite 400, San Francisco, California, 94108.

On December 6, 2007, I served the attached and/or enclosed:

**[PROPOSED] ORDER GRANTING DEFENDANTS CHINA BOWL, INC. AND QUAN HE HAN'S MOTION TO DISMISS**

on all parties in this action, at the following address(es):

Shusen Lu
180 Peabody Street
San Francisco, CA 94134
Plaintiff In Pro Per

Service was accomplished by causing either an original or a true copy of the above-referenced document(s) to be distributed as follows:

☒ BY MAIL: I caused such document(s) to be placed in a sealed envelope, addressed as indicated above, with prepaid first-class postage thereon, and then placed the envelope(s) for collection and mailing, in accordance with the firm's ordinary business practice. I am readily familiar with the firm's ordinary business practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice correspondence for mailing is deposited with United States Postal Service on the date indicated for service, with prepaid first-class postage thereon.

☐ BY HAND DELIVERY: I caused such documents to be hand delivered to the addresses indicated above.

☐ VIA FACSIMILE: I caused such documents to be transmitted via facsimile to the parties indicated above, at their respective facsimile numbers.

☐ VIA EXPRESS CARRIER: I caused such documents to be collected by an agent for the United States Postal Service, United Parcel Service, Federal Express or other overnight carrier, to be delivered by way of overnight mail to the addresses indicated above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on December 6, 2007, at San Francisco, California.

_____
Ryan J. Sullivan