**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHUSEN LU

       Plaintiff,

       v.

CHINA BOWL, et al.,

       Defendants.
_____/

No. 07-04951 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for January 8, 2008 at 3:00 p.m. has been continued to January 30, 2008 at 2:00 p.m., the noticed hearing date for Defendants' Motion to Dismiss. The parties shall file a joint case management statement no later than January 23, 2008.

Dated: December 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
       Lili M. Harrell
       Courtroom Deputy