1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8
SHU SEN LU
9                                                No. C  07 4951 EDL

10           Plaintiff(s),                **CONSENT TO PROCEED BEFORE A**
                                          **UNITED STATES MAGISTRATE JUDGE**
11      v.
CHINA BOWL (Owner, QUAN HE HAN)
12

13           Defendant(s).
_____/

14

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: January 17, 2008

                                          Signature

22                                        Counsel for  Defendants

23                                        (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28

USDC Northern District of California Court Case No. C07-4951 EDL
Our File No. 0543

1

### AFFIDAVIT OF SERVICE

2

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3

I, Cristina d'Almeida, declare:

4

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am self-employed in the City and County of San Francisco; my business

5

address is 150 Post Street, Suite 400, San Francisco, California, 94108.

6

On January 17, 2008, I served the attached and/or enclosed:

7

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

8

on all parties in this action, at the following address(es):

9

Shusen Lu
180 Peabody Street

10

San Francisco, CA  94134
Plaintiff In Pro Per

11

12

Service was accomplished by causing either an original or a true copy of the above-referenced document(s) to be distributed as follows:

13

☒      BY MAIL: I caused such document(s) to be placed in a sealed envelope, addressed as indicated above, with prepaid first-class postage thereon, and then

14

placed the envelope(s) for collection and mailing, in accordance with the firm's ordinary business practice. I am readily familiar with the firm's ordinary business practice for

15

collection and processing of correspondence for mailing with the United States Postal Service. Under that practice correspondence for mailing is deposited with United

16

States Postal Service on the date indicated for service, with prepaid first-class postage thereon.

17

18

☐      BY HAND DELIVERY: I caused such documents to be hand delivered to the addresses indicated above.

19

☐      VIA FACSIMILE: I caused such documents to be transmitted via facsimile to the parties indicated above, at their respective facsimile numbers.

20

21

☐      VIA EXPRESS CARRIER: I caused such documents to be collected by an agent for the United States Postal Service, United Parcel Service, Federal Express or other overnight carrier, to be delivered by way of overnight mail to the addresses indicated

22

above.

23

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

24

25

Executed on January 17, 2008, at San Francisco, California.

26

27

Cristina d'Almeida

28

POS07

1