**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHUSEN LU

    Plaintiff,

    v.

CHINA BOWL, et al.,

    Defendants.
_____/

No. C 07-04951 EDL

CLERK'S NOTICE VACATING HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Dismiss and the Case Management Conference scheduled for January 30, 2008 at 2:00 p.m. has been taken off calendar.

Dated: January 22, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy