**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SHUSEN LU**

      Plaintiff(s),                                No. C-**07-04951** EDL

      v.                                       **JUDGMENT**

**CHINA BOWL**

      Defendants.

_____/

    This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

  IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of January 22, 2008, Defendants' Motion to DISMISS is GRANTED.

IT IS SO ORDERED.

Dated: January 22, 2008

                                                   _____
                                                   ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge